## A93A0941. HEWETT v. KALISH.
### (447 SE2d 344)

BEASLEY, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Hewett v. Kalish*, 264 Ga. 183 (442 SE2d 233) (1994), the decision in *Hewett v. Kalish*, 210 Ga. App. 584 (436 SE2d 710) (1993) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Smith, J., and Senior Appellate Judge Harold R. Banke concur.*

### DECIDED JUNE 8, 1994.

*Edward H. Kellogg, Jr., Kam & Ebersbach, Michael G. Kam*, for appellant.

*Nall, Miller, Owens, Hocutt & Howard, Robert L. Goldstucker*, for appellee.